THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAVID
WICHTER, Defendant, and EDWARD LABIS, Appellant.

Argued October 15, 1951; decided December 6, 1951.

*Aaron Samuelson* and *Abraham J. Yasgour* for appellant.

*Frank S. Hogan, District Attorney* (*Harold Roland Shapiro* and *Richard G. Denzer* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.